IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| TAMARA CARLILE, ) | |
| ) | |
| Plaintiff, ) | Cause No. |
| ) | |
| vs. ) | Division No. |
| ) | |
| ) | **TRIAL BY JURY DEMANDED** |
| WAL-MART ASSOCIATES, INC. ) | |
| Serve: Registered Agent ) | |
|       CT Corporation System ) | |
|       120 S. Clayton Avenue ) | |
|       Clayton, MO 63105, ) | |
| ) | |
| Defendant. ) | |

## **PETITION**

Comes now Plaintiff Tamara Carlile and for her cause of action against Defendant Wal-Mart Associates, Inc., states as follows:

1. That Plaintiff is a resident of the State of Illinois.

2. That Defendant is a corporation, organized in the State of Missouri, and authorized to do business in the State of Missouri.

3. At all times herein mentioned, Defendant owned and/or managed Walmart Store #2213 located at 3270 Telegraph Road in St. Louis County, State of Missouri.

4. That the cause of action occurred on August 2, 2020, in St. Louis County, State of Missouri.

5. That on August 2, 2020, Plaintiff was a business invitee at the Walmart store #2213 located at 3270 Telegraph Road in St. Louis County, Missouri.

6. That on August 2, 2020, Plaintiff was walking on the premises of Walmart Store #2213 near the front registers when she slipped and fell.

Electronically Filed - St Louis County - March 29, 2022 - 09:36 AM

7. That there was liquid on the floor that made the premises slick and otherwise dangerous.

8. That Defendant knew or by using ordinary care could have known of the unsafe condition referenced above, and/or created the unsafe condition referenced above, and Defendant failed to use ordinary care to remove the unsafe condition, or barricade the unsafe condition or warn of the unsafe condition.

9. That as a direct result of the carelessness and negligence of Defendant, Plaintiff sustained serious, permanent personal injuries, including injuries to Plaintiff's left shoulder and right knee, foot, and ankle. Plaintiff has incurred and will continue to incur medical expenses.

WHEREFORE, Plaintiff Tamara Carlile prays for judgment against Wal-Mart Associates, Inc., in an amount that is fair and reasonable, but in excess of twenty-five thousand dollars ($25,000.00), exclusive of interest and costs, for prejudgment interest, postjudgment interest, costs and for whatever further relief this Court deems just and proper.

_____/s/ Michelle Radice_____
Michelle E. Radice #63181
MICHELLE E. RADICE, LLC
Attorneys for Plaintiff
2123 Marconi Avenue
St. Louis, MO 63110
(314) 656-6914
(314) 656-6915 Fax
mradice@radicelawstl.com